

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2023

No. 04-22-00794-CV

Frank **HERRERA**,
Appellant

v.

**INVERTERRA HOLDINGS, LLC**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2022CV05121
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

This is an appeal of a forcible detainer action in which the clerk's record contains an executed writ of possession. On January 20, 2023, we ordered appellant to file a written response by January 30, 2023 explaining: (1) whether the writ of possession was executed; and (2) why this appeal should not be dismissed as moot. In that order, we noted, "All other appellate deadlines are suspended until further order of this court."

On January 30, 2023, appellant filed a motion requesting an extension of time until February 6, 2023 to file the response required by our January 20, 2023 order. Appellant also filed a motion requesting an extension of time to file an amended brief. After consideration, we **GRANT** appellant's request for an extension of time to respond to our January 20, 2023 order, and we **ORDER** appellant to file that response **by February 6, 2023**.

Because all other appellate deadlines in this case are suspended, there is no current deadline for appellant to file his brief. Accordingly, appellant's request for an extension of time to file an amended brief is **DENIED AS MOOT**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2023.



MICHAEL A. CRUZ, Clerk of Court